**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07171

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Federico De La Cerda<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br>      Movant,<br>  vs.<br><br>Federico De La Cerda, Debtor, Robert A. MacKenzie, Trustee.<br><br>      Respondents. | No. 2:10-bk-03096-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #23) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 10, 2003 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Federico De La Cerda has an interest in, further described as:

PARCEL NO. 1:

The East 151.73 feet of the West 323.46 feet of the South half of the following described parcel:

The Northeast quarter of Southeast quarter of the Northeast quarter of Section 31, Township 5 North, Range 3 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona:

EXCEPTING therefrom all coal, oil, gas and mineral deposits as reserved in Instrument recorded in Docket 418 of Deeds, page 588;

Reserving an easement for ingress, egress, public utilities and incidental purposes over the North 20.00 feet thereof.

PARCEL NO. 2:

An easement for ingress, egress, public utilities, and incidental purposes over the North 20.00 feet of the South half of the Northeast quarter of the Southeast quarter of the Northeast quarter of Section 31, Township 5 North, Range 3 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

PARCEL NO. 3:

An easement for well site over the North 20.00 feet of the South half and the South 20.00 feet of the North half, all of the West 52.00 feet of the East 85.00 feet of the Northeast quarter of the Southeast quarter of the Northeast quarter of Section 31, Township 5 North, Range 3 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

2003, Palm Harbor, ARZ264776 & ARZ264777

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.